IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGELIO SOTO,<br><br>                              Petitioner,<br><br>      v.<br><br>BRIAN BIRKHOLZ, Warden,<br><br>                              Respondent. | NO. CV 24-2709-WLH (AGR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF MAGISTRATE JUDGE |

      Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus, the other records on file herein, the Report and Recommendation of the United States Magistrate Judge ("Report"). No objections to the Report have been filed.

      According to the information from the Bureau of Prison's Inmate Locator website, Petitioner was released from custody on or about April 10, 2024, as noted in the Report. The Report and the Notice of Filing Report and Recommendation were returned as undeliverable by the postal service. (Dkt. Nos. 15-16). Petitioner has not filed a notice of change of address as required by Local Rule 41-6.

1  The Court accepts the findings and recommendation of the Report.
2  IT IS ORDERED that Respondent's motion to dismiss the Petition for Writ
3  of Habeas Corpus is GRANTED.
4  IT IS FURTHER ORDERED that judgment be entered denying the Petition
5  for Writ of Habeas Corpus and dismissing this action with prejudice.

DATED: September 12, 2024

_____
HON. WESLEY L. HSU
United States District Judge