JS-6

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGELIO SOTO,<br><br>                  Petitioner,<br><br>     v.<br><br>BRIAN BIRKHOLZ, Warden,<br><br>                  Respondent. | NO. CV 24-2709-WLH (AGR)<br><br>JUDGMENT |

      Pursuant to the Order Accepting Magistrate Judge's Report and Recommendation,

      IT IS ADJUDGED that judgment is entered denying the Petition for Writ of Habeas Corpus and this action is dismissed with prejudice.

DATED: September 12, 2024

                                    _____
                                    HON. WESLEY L. HSU
                                    United States District Judge